# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    **vs.**                        **CASE NO. 3: 99CR00315-29 (DRD)**

**JONATHAN CONCEPCION-VILLANUEVA**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon a petition of **BENJAMIN BONILLA**, U.S. Probation Officer of this Court, alleging that releasee, Jonathan Concepción-Villanueva, has failed to comply with the conditions of his supervised release.

It is **ORDERED** that releasee appear before this Court on _____ 2007, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will toll the supervised release term and issue the corresponding warrant for the arrest of the releasee, Jonathan Concepción-Villanueva, and notify counsel for releasee and for the government with copy of this Order.

**IT IS SO ORDERED**

In Hato Rey, Puerto Rico, this     day of June 2007.


_____
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**