AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

JONATHAN CONCEPCION-VILLANUEVA

**WARRANT FOR ARREST**

Case Number:   99-CR-315-29 (DRD)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN CONCEPCION-VILLANUEVA
Name

**and bring him or her forthwith to the nearest magistrate judge to answer a(n)**

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
**The defendant has violated several conditions of supervised release.**

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMÍNGUEZ
Name of Issuing Officer

S/ *DANIEL R. DOMÍNGUEZ*
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

June 18, 2007
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6-19-07 | NAME AND TITLE OF ARRESTING OFFICER Juan Correa TFA | SIGNATURE OF ARRESTING OFFICER By: [signature] |
| DATE OF ARREST 6-25-07 | | |