# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMÍNGUEZ | Date: January 10, 2008 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-315-29 (DRD)** |
| COURT REPORTER: Donna W. DRATWA | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Benjamin BONILLA |

==============================================================================

<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Olga CASTELLON |
| vs. | |
| JONATHAN CONCEPCION MEDINA | Victor GONZALEZ, AFPD. |

==============================================================================

The defendant is present in court. He is under custody.

CASE CALLED FOR FINAL REVOCATION HEARING. After arguments heard, the Court found that the defendant violated the conditions of the imposed supervised release term by engaging in a new criminal activity, as cited in the motion filed on June 18, 2007 at docket No. 1539. Therefore, the supervision term imposed on February 8, 2002 is hereby revoked.

**IT IS THE JUDGMENT OF THE COURT** as to Standard Condition of Supervision.

Imprisonment for a total term of <u>**Thirty-Six (36) MONTHS to be served consecutively to the already imposed state sentence.**</u> No other term of supervision shall be imposed.

All terms and conditions are specified in the judgment form. The defendant is advised of his right to appeal, etc. The defendant is remanded to the custody of the Bureau of Prisons.

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk